UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

**Order Filed on December 27, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MARCELINO L. HERVIAS AND
BLANCA ISABEL HERVIAS,

Debtors.

Case No.:        21-18530-KCF

Judge:        Kathryn C. Ferguson

Chapter:        7

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF  COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: December 27, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:        Marcelino L. Hervias and Blanca Isabel Hervias

Case No.:     21-18530-KCF

Applicant:    David Wolff

(check all that apply) ☑ Trustee:  ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

              ☐ Debtor:  ☐ Chap. 11        ☐ Chap. 13

              ☐ Official Committee of _____

Name of Professional:          Law Offices of David Wolff LLC

Address of Professional:       396 Route 34

                               Matawan, New Jersey 07747

                               (732) 566-1189

                               (732) 566-1192 fax

        ☑ Attorney for (check all that apply):

                ☑ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Accountant for:

                ☐ Trustee   ☐ Debtor-in-Possession

                ☐ Official Committee of _____

        ☐ Other Professional:

                ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

                ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is the date the Application for retention was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-18530-KCF

Marcelino L Hervias Chapter 7

Blanca Isabel Hervias

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

**Recip ID                        Recipient Name and Address**
db/jdb                      + Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                           User: admin                              Page 2 of 2
Date Rcvd: Dec 27, 2021                        Form ID: pdf903                          Total Noticed: 1
TOTAL: 5