| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| LAW OFFICES OF DAVID WOLFF LLC | |
| Attorneys for Trustee | |
| 396 Route 34 | |
| Matawan, New Jersey  07747 | Order Filed on January 3, 2022 |
| (732) 566-1189 | by Clerk |
| Dw/3331 | U.S. Bankruptcy Court |
|  | District of New Jersey |
| In Re: | Case No.:  21-18530-KCF |
| MARCELINO L. HERVIAS AND | |
| BLANCA ISABEL HERVIAS, | Judge:  Kathryn C. Ferguson |
|                                               Debtors. | Chapter:  7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER AUTHORIZING RETENTION OF REALTOR

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 3, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Marcelino L. Hervias and Blanca Isabel Hervias

Case No.: 21-18530-KCF

Applicant: David Wolff

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Weichert Realty

Address of Professional: 791 Passaic Avenue

Clifton, NJ 07012

(973) 816-7575

(973) 689-9554 fax

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☒ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor, with a maximum commission of five percent (5%) of the purchase price on the Carteret, NJ property.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 21-18530-KCF
Marcelino L Hervias                                                                  Chapter 7
Blanca Isabel Hervias
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                            Page 1 of 2
Date Rcvd: Jan 03, 2022             Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jan 03, 2022     Form ID: pdf903     Total Noticed: 1
TOTAL: 5