UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: MARCELINO L. HERVIAS AND BLANCA ISABEL HERVIAS

Case No.: 21-18530-KCF
Chapter: 7
Judge: Kathryn C. Ferguson

## NOTICE OF PROPOSED PRIVATE SALE

__David Wolff__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 22, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Real property located at 73 Tennyson Street, Carteret, New Jersey

Proposed Purchaser: Robert Hickey

Sale price: $400,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Weichert Realty
Amount to be paid: $20,000.00
Services rendered: real estate broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Esq.

Address: 396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Marcelino L Hervias  
Blanca Isabel Hervias  
    Debtors

Case No. 21-18530-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 24, 2022      Form ID: pdf905      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |
| aty | + | David Wolff, The Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519349275 | + | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821-6733 |
| 519349276 | + | Debra Koplovitz, Esq., 2 Park Ave, New York, NY 10016-5675 |
| 519349285 | | New York State Department of Taxation, NYS Sales Tax Processing, PO Box 15168, Albany, NY 12212-5168 |
| 519349290 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519349294 | + | System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519349296 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519349297 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519349298 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519349272 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519349273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519349274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:59 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349277 | + | Email/Text: bknotice@ercbpo.com | Jan 24 2022 20:30:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519349278 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 24 2022 20:31:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519349279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 20:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519349280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2022 20:33:03 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519349281 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:21 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519349282 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2022 20:30:00 | Midland Credit Managemnet Inc, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |

Case 21-18530-KCF    Doc 21    Filed 01/26/22    Entered 01/27/22 00:14:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf905 | Total Noticed: 34 |

| 519349284 | Email/Text: bankruptcy@mynycb.com | | |
|---|---|---|---|
| | | Jan 24 2022 20:30:00 | New York Community Bank, 615 Merrick Avenue, Westbury, NY 11590 |
| 519349286 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jan 24 2022 20:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519349283 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jan 24 2022 20:30:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519349287 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 24 2022 20:43:59 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349288 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 24 2022 20:44:00 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519349289 | + Email/Text: clientservices@simonsagency.com | | |
| | | Jan 24 2022 20:31:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519349291 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:19 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519349292 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:03 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519349293 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:04 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519351128 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519349295 | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | Jan 24 2022 20:33:16 | T-mobile, PO Box 53410, Bellevue, WA 98015 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | |
| | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | |
| | on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf905 | Total Noticed: 34 |

Denise E. Carlon
    on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karina Pia Lucid
    on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6