**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| CASE NUMBER: 21−18530−KCF | DATE FILED:: 11/3/21 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Marcelino L Hervias<br>xxx−xx−4333<br><br>Blanca Isabel Hervias<br>aka Blanca I Hervias<br>xxx−xx−3182 | ADDRESS OF DEBTOR(S):<br><br>73 Tennyson Street<br>Carteret, NJ 07008<br><br><br>73 Tennyson Street<br>Carteret, NJ 07008 |
| DEBTOR'S ATTORNEY:<br>Karina Pia Lucid<br>Karina Pia Lucid, ESQ., LLC<br>1065 Route 22 West<br>Suite 2b<br>Bridgewater, NJ 08807<br><br>908−350−7505<br><br>Karina Pia Lucid<br>Karina Pia Lucid, ESQ., LLC<br>1065 Route 22 West<br>Suite 2b<br>Bridgewater, NJ 08807<br><br>908−350−7505 | TRUSTEE:<br>David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747<br>732−566−1189 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/25/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 26, 2022                                                                                       FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18530-KCF |
| Marcelino L Hervias | Chapter 7 |
| Blanca Isabel Hervias | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2022 | Form ID: noa | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519349275 | + | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821-6733 |
| 519349276 | + | Debra Koplovitz, Esq., 2 Park Ave, New York, NY 10016-5675 |
| 519349285 | | New York State Department of Taxation, NYS Sales Tax Processing, PO Box 15168, Albany, NY 12212-5168 |
| 519349290 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519349294 | + | System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519349296 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519349298 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BDWOLFF.COM | Jan 27 2022 01:28:00 | David Wolff, The Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519349272 | + | EDI: CAPITALONE.COM | Jan 27 2022 01:28:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519349273 | + | EDI: CAPITALONE.COM | Jan 27 2022 01:28:00 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519349274 | + | EDI: CITICORP.COM | Jan 27 2022 01:28:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349277 | + | Email/Text: bknotice@ercbpo.com | Jan 26 2022 20:29:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519349278 | + | EDI: IIC9.COM | Jan 27 2022 01:28:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519349279 | | EDI: IRS.COM | Jan 27 2022 01:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519349280 | | EDI: JPMORGANCHASE | Jan 27 2022 01:28:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519349281 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 20:34:59 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519349282 | + | EDI: MID8.COM | Jan 27 2022 01:28:00 | Midland Credit Managemnet Inc, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 519349284 | Email/Text: bankruptcy@mynycb.com | Jan 26 2022 20:29:00 | New York Community Bank, 615 Merrick Avenue, Westbury, NY 11590 |
| 519349286 | Email/Text: signed.order@pfwattorneys.com | Jan 26 2022 20:29:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519349283 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 26 2022 20:29:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519349287 | + EDI: CITICORP.COM | Jan 27 2022 01:28:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349288 | + EDI: CITICORP.COM | Jan 27 2022 01:28:00 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519349289 | + Email/Text: clientservices@simonsagency.com | Jan 26 2022 20:30:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519349291 | + EDI: RMSC.COM | Jan 27 2022 01:28:00 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519349292 | + EDI: RMSC.COM | Jan 27 2022 01:28:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519349293 | + EDI: RMSC.COM | Jan 27 2022 01:28:00 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519351128 | + EDI: RMSC.COM | Jan 27 2022 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519349295 | EDI: AISTMBL.COM | Jan 27 2022 01:28:00 | T-mobile, PO Box 53410, Bellevue, WA 98015 |
| 519349297 | EDI: WFFC.COM | Jan 27 2022 01:28:00 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2022 | Form ID: noa | Total Noticed: 34 |

David Wolff
    on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid
    on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6