Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18530−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcelino L Hervias
   73 Tennyson Street
   Carteret, NJ 07008

   Blanca Isabel Hervias
   aka Blanca I Hervias
   73 Tennyson Street
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−4333                              xxx−xx−3182

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Karina Pia Lucid.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Kathryn C. Ferguson on:

Date:           March 15, 2022
Time:           10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: February 22, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Marcelino L Hervias  
Blanca Isabel Hervias  
    Debtors

Case No. 21-18530-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 22, 2022      Form ID: 169      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |
| aty | + | David Wolff, The Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519349275 | + | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821-6733 |
| 519349276 | + | Debra Koplovitz, Esq., 2 Park Ave, New York, NY 10016-5675 |
| 519349285 | | New York State Department of Taxation, NYS Sales Tax Processing, PO Box 15168, Albany, NY 12212-5168 |
| 519349290 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519349294 | + | System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519349296 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519349297 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519507595 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519349298 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519509789 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2022 23:26:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349272 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:32 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509790 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2022 23:15:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:33 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2022 23:26:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519349274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2022 23:26:23 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349277 | + | Email/Text: bknotice@ercbpo.com | Feb 22 2022 23:19:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519349278 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 22 2022 23:19:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519349279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2022 23:19:00 | Internal Revenue Service, PO Box 7346, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 519349280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:16:07 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519509563 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2022 23:16:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519349281 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2022 23:26:25 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519349282 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2022 23:19:00 | Midland Credit Managemnet Inc, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519349284 | | Email/Text: bankruptcy@mynycb.com | Feb 22 2022 23:19:00 | New York Community Bank, 615 Merrick Avenue, Westbury, NY 11590 |
| 519349286 | | Email/Text: signed.order@pfwattorneys.com | Feb 22 2022 23:19:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519349283 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 22 2022 23:19:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519349287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2022 23:26:27 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2022 23:26:23 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519349289 | + | Email/Text: clientservices@simonsagency.com | Feb 22 2022 23:20:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519349291 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:16:08 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519349292 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:38 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519349293 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:36 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519351128 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519349295 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 22 2022 23:15:26 | T-mobile, PO Box 53410, Bellevue, WA 98015 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022          Signature:     /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 22, 2022 | Form ID: 169 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7