UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ., LLC
1065 Route 22 W
Suite 2B
Bridgewater, New Jersey 08807
Tel:    (908) 350-7505
Email: klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.
*Counsel for the debtor,*

In Re:

   Marcelino & Blanca Hervias

Case No.:        ____21-18530_____

Chapter:         ____7_____

Hearing Date:    ____3/15/22_____

Judge:           ___KCF_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: _____DE # 25 Motion to Convert case to Chapter 13_____

_____

Date: _3/9/22_____          _____/s/ Karina Pia Lucid_____
                                              Signature

*rev.8/1/15*