| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| LAW OFFICES OF DAVID WOLFF LLC |
| Attorneys for Trustee |
| 396 Route 34 |
| Matawan, New Jersey  07747 |
| (732) 566-1189 |
| DW/3331 |

Order Filed on June 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCELINO L. HERVIAS AND
BLANCA ISABEL HERVIAS,
                              Debtors.

Case No.:    21-18530-KCF

Judge:    Kathryn C. Ferguson

Chapter:    7

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF ACCOUNTANT

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 9, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:      Marcelino L. Hervias and Blanca Isabel Hervias

Case No.:   21-18530-KCF

Applicant:  David Wolff

(check all that apply) ☑ Trustee:  ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Sean Raquet, CPA, LLC

Address of Professional:  PO Box 223

                          Rockaway, New Jersey 07866

                          (201) 919-1433

                          sraquetcpa@outlook.com

☐ Attorney for (check all that apply):

   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☑ Accountant for:

   ☑ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Other Professional:

   ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

   ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18530-KCF |
| Marcelino L Hervias | Chapter 7 |
| Blanca Isabel Hervias | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2022                    Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 09, 2022 | Form ID: pdf903 | Total Noticed: 1

15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid

on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Teresa G Sadutto-Carley

on behalf of Creditor New York Community Bank tsadutto@platzerlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8