Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18530−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marcelino L Hervias
73 Tennyson Street
Carteret, NJ 07008

Blanca Isabel Hervias
aka Blanca I Hervias
73 Tennyson Street
Carteret, NJ 07008

Social Security No.:
   xxx−xx−4333                               xxx−xx−3182

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      7/21/22
Time:      02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sean Raquet, CPA, LLC, Accountant

COMMISSION OR FEES
fee: $1,462.50

EXPENSES
expenses: $8.50

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 16, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18530-KCF |
| Marcelino L Hervias | Chapter 7 |
| Blanca Isabel Hervias | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2022 | Form ID: 137 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |
| aty | + | David Wolff, The Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| intp | + | Law Office of David A. Francis, LLC, 283 Inman Avenue, Unit 3, Colonia, NJ 07067-1702 |
| cr | + | New York Community Bank, c/o Platzer, Swergold, 475 Park Avenue South, 18th Fl, New York, NY 10016-6901 |
| acc | + | Sean Raquet, PO Box 223, Rockaway, NJ 07866-0223 |
| acc | + | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519349276 | + | Debra Koplovitz, Esq., 2 Park Ave, New York, NY 10016-5675 |
| 519349285 | | New York State Department of Taxation, NYS Sales Tax Processing, PO Box 15168, Albany, NY 12212-5168 |
| 519349290 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519349294 | + | System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519349296 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519349297 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519507595 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519349298 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519349275 | | Email/Text: EBN_Brea@meduitrcm.com | Jun 16 2022 20:38:00 | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821 |
| 519509789 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:43:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349272 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:43:48 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509790 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:44:29 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519349274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:43:58 | Citicards Cbna, Po Box 6217, Sioux Falls, SD |

Case 21-18530-KCF    Doc 51    Filed 06/18/22    Entered 06/19/22 00:14:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: 137 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519349277 | + | Email/Text: bknotice@ercbpo.com | Jun 16 2022 20:39:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519349278 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 16 2022 20:39:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519349279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2022 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519349280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2022 20:43:45 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519515739 | + | Email/Text: RASEBN@raslg.com | Jun 16 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519509563 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:43:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519349281 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:44:33 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519349282 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 20:39:00 | Midland Credit Managemnet Inc, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519349284 | | Email/Text: bankruptcy@mynycb.com | Jun 16 2022 20:38:00 | New York Community Bank, 615 Merrick Avenue, Westbury, NY 11590 |
| 519349286 | | Email/Text: signed.order@pfwattorneys.com | Jun 16 2022 20:38:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519349283 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 16 2022 20:38:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519349287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:33 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:19 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519349289 | + | Email/Text: clientservices@simonsagency.com | Jun 16 2022 20:39:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519349291 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:49 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519349292 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:49 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519349293 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:49 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519561163 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519351128 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519349295 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 16 2022 20:44:23 | T-mobile, PO Box 53410, Bellevue, WA 98015 |
| 519513830 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 16, 2022 | Form ID: 137 | Total Noticed: 46 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2022            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Teresa G Sadutto-Carley | on behalf of Creditor New York Community Bank tsadutto@platzerlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8