UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey 07747
(732) 566-1189
DW/3331

Order Filed on July 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marcelino L. Hervias and
Blanca Isabel Hervias,

                    Debtors.

| | |
|---|---|
| Case No.: | 21-18530 (KCF) |
| Hearing Date: | 7/21/2022 @ 2:30 p.m. |
| Judge: | Hon. Katheryn C. Ferguson |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sean Raquet, CPA, LLC | | |
| Current Period: | $1,462.50 | $ 8.50 |

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 21-18530-KCF
Marcelino L Hervias                                                   Chapter 7
Blanca Isabel Hervias
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                              Page 1 of 2
Date Rcvd: Jul 21, 2022                     Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 21, 2022                           Form ID: pdf903                          Total Noticed: 1

Karina Pia Lucid
                     on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com
                     15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
                     on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com
                     15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Teresa G Sadutto-Carley
                     on behalf of Creditor New York Community Bank tsadutto@platzerlaw.com

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9