**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
**396 Route 34**
**Matawan, NJ 07747**

**Order Filed on August 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**MARCELINO L. HERVIAS AND
BLANCA ISABEL HERVIAS,**

                    **Debtors.**

**Case No.:**     **21-18530-KCF**

**Hearing Date:**   **8/11/2022 @ 2:30 p.m.**

**Judge:**   **Hon. Kathryn C. Ferguson**

**Chapter:**     **7**

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 11, 2022**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for

allowances; and notice and opportunity for hearing were given to creditors and other parties in

interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Law Offices of David Wolff  LLC | $42,958.00 | $540.27 |