Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18530−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marcelino L Hervias
73 Tennyson Street
Carteret, NJ 07008

Blanca Isabel Hervias
aka Blanca I Hervias
73 Tennyson Street
Carteret, NJ 07008

Social Security No.:
xxx−xx−4333      xxx−xx−3182

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: November 30, 2022
TIME: 02:30 PM
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $403,000.00
TOTAL DISBURSEMENTS:   $333,294.73
BALANCE ON HAND:       $ 69,705.27

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff
Chapter 7 Trustee

COMMISSION OR FEES
$21,329.50

EXPENSES
$ 43.20

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 17, 2022
JAN: pbf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Marcelino L Hervias  
Blanca Isabel Hervias  
    Debtors

Case No. 21-18530-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 17, 2022 | Form ID: 192 | Total Noticed: 48 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |
| aty | + | David Wolff, The Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| intp | + | Law Office of David A. Francis, LLC, 283 Inman Avenue, Unit 3, Colonia, NJ 07067-1702 |
| cr | + | New York Community Bank, c/o Platzer, Swergold, 475 Park Avenue South, 18th Fl, New York, NY 10016-6901 |
| acc | + | Sean Raquet, PO Box 223, Rockaway, NJ 07866-0223 |
| acc | + | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519349276 | + | Debra Koplovitz, Esq., 2 Park Ave, New York, NY 10016-5675 |
| 519349285 | | New York State Department of Taxation, NYS Sales Tax Processing, PO Box 15168, Albany, NY 12212-5168 |
| 519349290 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519349294 | + | System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519349296 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519349297 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519349298 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519349275 | | Email/Text: EBN_Brea@meduitrcm.com | Oct 17 2022 20:51:00 | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821 |
| 519509789 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2022 21:21:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349272 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2022 21:21:30 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509790 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2022 21:21:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519349273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2022 21:21:31 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519509478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2022 21:00:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519349274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2022 21:00:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 21-18530-KCF    Doc 67    Filed 10/19/22    Entered 10/20/22 00:13:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: 192 | Total Noticed: 48 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519349277 | + | Email/Text: bknotice@ercbpo.com | Oct 17 2022 20:52:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519349278 | | Email/Text: Bankruptcy@ICSystem.com | Oct 17 2022 20:51:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 519349279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2022 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519655331 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2022 20:52:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519655332 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2022 20:52:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519349280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2022 21:21:30 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519515739 | + | Email/Text: RASEBN@raslg.com | Oct 17 2022 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519509563 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2022 21:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519349281 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2022 21:00:00 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519349282 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 20:52:00 | Midland Credit Managemnet Inc, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519349284 | | Email/Text: bankruptcy@mynycb.com | Oct 17 2022 20:51:00 | New York Community Bank, 615 Merrick Avenue, Westbury, NY 11590 |
| 519349286 | | Email/Text: signed.order@pfwattorneys.com | Oct 17 2022 20:51:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519349283 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 17 2022 20:51:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519349287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2022 21:00:11 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519349288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2022 21:00:11 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519349289 | + | Email/Text: clientservices@simonsagency.com | Oct 17 2022 20:52:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519349291 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2022 21:00:09 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519349292 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2022 20:59:58 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519349293 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2022 21:00:09 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519561163 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2022 21:00:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519351128 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2022 21:00:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519349295 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 17 2022 21:21:29 | T-mobile, PO Box 53410, Bellevue, WA 98015 |
| 519513830 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2022 21:21:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 519507595 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 17 2022 21:21:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Teresa G Sadutto-Carley | on behalf of Creditor New York Community Bank tsadutto@platzerlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9