| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee | **Order Filed on November 30, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>HERVIAS, MARCELINO L<br>HERVIAS, BLANCA ISABEL<br><br>　　　　　　　　　　　Debtors. | Case No.: 21-18530-KCF<br><br>Judge: KATHRYN C. FERGUSON |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 30, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: HERVIAS, MARCELINO L. AND HERVIAS, BLANCA ISABEL
Case No.: 21-18530-KCF
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 21,329.50      is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 43.20      is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.