| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee | **Order Filed on November 30, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>HERVIAS, MARCELINO L<br>HERVIAS, BLANCA ISABEL<br><br>                    Debtors. | Case No.: 21-18530-KCF<br><br>Judge: KATHRYN C. FERGUSON |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 30, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: HERVIAS, MARCELINO L. AND HERVIAS, BLANCA ISABEL
Case No.: 21-18530-KCF
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 21,329.50 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 43.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 21-18530-KCF
Marcelino L Hervias   Chapter 7
Blanca Isabel Hervias
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 30, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Marcelino L Hervias, Blanca Isabel Hervias, 73 Tennyson Street, Carteret, NJ 07008-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David Wolff | dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 30, 2022 | Form ID: pdf903 | Total Noticed: 1

    on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid
    on behalf of Debtor Marcelino L Hervias klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Joint Debtor Blanca Isabel Hervias klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Teresa G Sadutto-Carley
    on behalf of Creditor New York Community Bank tsadutto@platzerlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9