Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–18530–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marcelino L Hervias
73 Tennyson Street
Carteret, NJ 07008

Blanca Isabel Hervias
aka Blanca I Hervias
73 Tennyson Street
Carteret, NJ 07008

Social Security No.:
xxx–xx–4333

xxx–xx–3182

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 9, 2023</u>

<u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court